| | |
|---|---|
| 1 | RACHEL M. WALSH (SBN 250568) |
| 2 | *rwalsh@goodwinprocter.com*<br>**GOODWIN PROCTER LLP** |
| 3 | Three Embarcadero Center, 24th Floor<br>San Francisco, California 94111 |
| 4 | Tel:  415.733.6000<br>Fax:  415.677.9041 |

Attorney for Plaintiff
*Teespring, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEESPRING, INC. | **Case No.** 3:15-cv-04149 |
| Plaintiff, | **COMPLAINT** |
| v. | |
| BRADLEY J. PUETZ, | |
| Defendant. | |

**COMPLAINT**

Plaintiff Teespring, Inc. ("Teespring"), by its attorneys, states as follows:

1. This is a declaratory judgment action. Plaintiff seeks a declaration that Plaintiff has not infringed the copyright entitled "I'm the Infidel Allah Warned you About" allegedly owned by Bradley John Puetz ("Puetz") which forms the basis for his threats of litigation to Plaintiff.

**THE PARTIES**

2. Plaintiff Teespring is a Delaware corporation with a principal office located at 460 Bryant St. Suite 200 San Francisco, California 94107.

3. On information and belief, Defendant Bradley John Puetz is a Nevada resident who resides at 10410 Apples Eye St, Las Vegas, NV, 89131.

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction because this litigation arises under federal law, namely 17 U.S.C. §§ 101 et seq. (Copyright Act). The Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (copyright), and 28 U.S.C. § 2201 (Declaratory Judgment Act).

5. The Court also has personal jurisdiction at least because Puetz has focused his efforts at enforcing his asserted copyright within this forum, including by sending multiple threats of litigation to Teespring.

6. This Court has personal jurisdiction over Puetz at least because, on information and belief, Puetz transacts business in this state and District including by selling through his website DesertTactical.com in this District clothing bearing the allegedly copyrighted image that he has threatened to assert against Teespring.

7. The Court also has personal jurisdiction at least because the actions that Puetz alleges violate his rights were performed in the course of Plaintiff's business in this judicial district.

8. The Court also has personal jurisdiction at least because Puetz has stated to Teespring that a basis for his allegations of harm from copyright infringement are his purchase of an allegedly infringing shirt from via Teespring's California-operated website and/or mobile application.

9. Venue in this Court is proper under 28 U.S.C. §§ 1391(b) and (c).

1    10.    An actual case or controversy has arisen between the parties. Puetz has threatened
2 litigation against Plaintiff based on the assertion that Plaintiff's website facilitates the sale of t-shirts
3 bearing an image alleged to be substantially similar to the purported copyright entitled "I'm the
4 Infidel Allah Warned you About."

**FACTS**

11.    Since 2011, Plaintiff has provided a platform at teespring.com that allows users to upload their own customized garment designs and "crowdfund" them. Specifically, Plaintiff allows users to select colors and upload designs and slogans for a variety of apparel styles, choose a sales goal, and launch their own clothing campaign. The user sets pricing and promotes their product.

12.    On or about January 13, 2015, Teespring user "US Infidels" launched a campaign to sell apparel bearing the following design on teespring.com (the "Shirt Design"):



13.    No Teespring personnel were involved in creating, designing, drawing, or uploading the Shirt Design.

14.    On information and belief, Puetz owns and operates the website DesertTactical.com.

15.    On information and belief, Puetz sells firearm accessories and parts as well as military themed apparel, tools, and other paraphernalia on this website.

16.    On information and belief, on May 4, 2015 Puetz first offered for sale through DesertTactical.com, a t-shirt bearing the following design:



*See* https://twitter.com/DesertTactical/status/595304987942498305.

17. On June 7, 2015, Puetz sent an email to Teespring claiming that the above referenced Shirt Design was infringing. Specifically, Puetz's June 7 email alleged that:

> [y]our client, US Infidels is using Teespring.com to print and distribute copyrighted artwork without permission. The artwork "I'm the Infidel Allah Warned you About" is owned by Desert Tactical.com is registered and protected by United States Copyright Laws. We have taken legal steps in order to protect this artwork. A cease and desist order has been issued for both US Infidels and teespring.com.

18. Also on July 7, 2015, Puetz, using the name "Bradley Cooper," submitted a letter to Teespring alleging copyright infringement, and demanding that Teespring cease any and all sales of the Shirt Design. In this letter, Puetz claimed that DesertTactical.com was the owner of a copyright encompassing "Skull design with 'Infidel' in Arabic script on the forehead of skull and American flag used as a facemask / cover across front lower part of skull design worn as such a bandana would be worn to cover nose and mouth."

19. The use of skulls, bandanas and Arabic script is widespread in products and apparel. Such motifs often appear in products referencing the U.S. Military generally, and U.S. Navy SEAL snipers specifically. For example, a Google search for the terms "skull" "infidel" and restricted to "shirts" produces over 87,000 results, with many referencing military personnel.

20. Due to the wide use and variety of these design elements, Teespring sought clarification of the scope of the copyright Puetz alleged to own. Therefore, on July 10, 2015 Teespring, through counsel, sent a letter to Puetz requesting information regarding the authorship, ownership and/or registration of the alleged copyright.

21. On July 13, 2015 Puetz responded via email to Teespring's counsel letter dated July 10, 2015, refusing to provide the date he allegedly authored the "I'm the Infidel Allah Warned you About" artwork and indicating that what he had previously represented to be a copyright registration was in fact merely an application before the copyright office.

22. Finally, on September 1, 2015, Puetz sent Teespring a Certificate of Registration for U.S. Copyright No. VA0001967093, entitled "I'm the Infidel Allah Warned You About."

23. On information and belief, US Infidels did not copy the Shirt Design from Puetz or DesertTactical.com.

24. On information and belief, any similarity between the copyright asserted by Puetz and the Shirt Design is attributable to unprotectable scènes à faire or related other doctrines.

25. As skulls, bandanas, and references to "Infidels" are commonly used in artwork, especially in designs targeted towards or referencing the U.S. Military, any rights Puetz may own in "I'm the Infidel Allah Warned You About" do not include such elements.

26. Whatever protectable elements that Puetz may own, if any, in the "I'm the Infidel Allah Warned you About" artwork are not in evidence within the Shirt Design.

27. The use of the Shirt Design, either by Plaintiff or Plaintiff's users, does not violate the copyright laws of the United States.

**CLAIMS OF RELIEF**

**CLAIM ONE**

**(Declaratory Judgment of Non-infringement of Copyright, 17 U.S.C. § 101 et seq.)**

28. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

29. Puetz has claimed that the use of the Shirt Design by Plaintiff's users constitutes copyright infringement, and has threatened to bring a lawsuit against Plaintiff on this basis.

30. An actual, present and justiciable controversy has arisen between Plaintiff and Puetz concerning the use of the Shirt Design.

31. Plaintiff seeks declaratory judgment from this Court that Plaintiff's hosting of the Shirt Design does not constitute copyright infringement.

32. Plaintiff seeks declaratory judgment from this Court that Plaintiff's users use of the Shirt Design does not constitute copyright infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Teespring respectfully requests that this Court:

A. Enter a Judgment according to the declaratory relief sought;

B. Award Plaintiff its costs in this action, including attorneys' fees; and

C. Grant Plaintiff such other and further relief as the Court deems just and proper.

Dated: September 11, 2015

Respectfully submitted,
**GOODWIN PROCTER LLP**

/s/ Rachel M. Walsh
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
T: (415) 733-6128
F: (415) 677-9041

Attorney for Plaintiff
*Teespring, Inc.*