UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TEESPRING, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BRADLEY JOHN PUETZ,<br><br>        Defendant. | Case No.  15-cv-04149-VC<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 51 |

Regarding the discovery dispute between the parties (Docket. No. 51), the Court rules as follows:

Teespring's response to Interrogatory No. 3 is inadequate.  The Interrogatory does not merely seek documents; it seeks information.  Teespring is ordered to serve a comprehensive supplemental response to Interrogatory No. 3 on Puetz by Tuesday, April 26, 2016 at 5:00 p.m.  In addition, Teespring must provide Puetz with the documents requested in Interrogatory No. 3 by that time.

With respect to the remaining interrogatories, the Court assumes Teespring will fully respond within 60 days of February 29, 2016 and therefore orders no further relief.

Each side shall bear its own costs in this discovery dispute.

**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
VINCE CHHABRIA
United States District Judge