UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TEESPRING, INC.,

        Plaintiff,

    v.

BRADLEY JOHN PUETZ,

        Defendant.

Case No.  15-cv-04149-VC


**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Re: Dkt. No. 66

Puetz's motion for summary judgment against Teespring is premature.  Without the opportunity to complete discovery, Teespring is not yet able to "present facts essential to justify its opposition" to the motion.  *See* Fed. R. Civ. P. 56(d).  Accordingly, Puetz's motion is denied. The parties may not file any further motions for summary judgment until discovery closes.

    **IT IS SO ORDERED.**

Dated: July 6, 2016

VINCE CHHABRIA
United States District Judge