Allonn E. Levy, Bar No. 187251
alevy@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Counterdefendant
JONATHAN MAGINNIS, an individual.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEESPRING, INC. | CASE NO.  3:15-cv-04149 |
| Plaintiffs, | [~~Proposed~~] ORDER GRANTING EXTENSION OF TIME FOR COUNTERDEFENDANT MAGINNIS TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COUNTERCLAIM |
| v. | |
| BRADLEY J. PUETZ dba | |
| Defendants. | |
| | Judge:           Hon. Vince Chhabria
Courtroom:    4, 17th Floor |
| BRADLEY J. PUETZ dba DESERT TACTICAL | |
| Counterclaimant, | |
| vs. | |
| TEESPRING.COM, Inc., A Delaware Corporation; DOES I-X, ROE CORPORATIONS I-X, inclusive; JONANTHAN MAGINNIS, an individual dba ClientMax Marketing; DOES I-X, ROE CORPORATIONS I-X, inclusive | |
| Counterdefendants | |

357\1354592.1

ORDER RE EXTENSION OF TIME FOR COUNTERDEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COUNTERCLAIM – 3:15-CV-04149

1  All parties having stipulated, pursuant to Local Civil Rule 6-1(a), and good cause
2  appearing therefore **IT IS HEREBY ADJUDGED ORDERED AND DECREED** that the time
3  For Counterdefendant Jonathan Maginnis to respond to the counterclaims filed May 20, 2016
4  [Docket No. 62] be and is extended up to and through August 19, 2016.

6  **IT IS SO ORDERED**

9  Dated: August 3, 2016           By _____
                                        Hon. Vince Chhabria

357\1354592.1                              1
ORDER RE EXTENSION OF TIME FOR COUNTERDEFENDANT TO ANSWER OR
OTHERWISE RESPOND TO THE FIRST AMENDED COUNTERCLAIM – 3:15-CV-04149

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK