UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEESPRING, INC.,<br><br>        Plaintiff,<br><br>       v.<br><br>BRADLEY JOHN PUETZ,<br><br>        Defendant. | Case No. 15-cv-04149-VC<br><br>**ORDER GRANTING MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Re: Dkt. No. 98 |

Puetz's motion to compel discovery (Dkt. No. 98) is granted. There is no legitimate excuse for Maginnis to have failed to supplement his responses to the discovery requests by now. Maginnis must provide supplemental responses by no later than December 15, 2016. Any future discovery-related transgression by Maginnis will result in sanctions.

**IT IS SO ORDERED.**

Dated: December 12, 2016

_____
VINCE CHHABRIA
United States District Judge