| | |
|---|---|
| Naomi Jane Gray (SBN 230171) | Bradley John Puetz |
| ngray@shadesofgray.law | d/b/a Desert Tactical |
| SHADES OF GRAY LAW GROUP, P.C. | 10410 Apples Eye Street |
| 548 Market Street, # 18014 | Las Vegas, NV 89131 |
| San Francisco, California 94104 | Tel.: (702) 625-3822 |
| Tel.: (415) 746-9260 | brad@deserttactical.com |
| Fax: (415) 968-4328 | |
| ngray@shadesofgray.law | Defendant/Counterclaimant Pro Se |

Attorneys for Plaintiff and
Counterclaim Defendant
Teespring, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TEESPRING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY JOHN PUETZ, <br><br> Defendant. | Case No. C 15-04149 VC (MEJ) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING ON DEFENDANT'S PUETZ'S *EX PARTE* APPLICATION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AGAINST TEESPRING, INC.** |

Pursuant to Local Civil Rules 7-11 and 7-12, Teespring, Inc. ("Teespring"), by and through its attorneys, and Bradley John Puetz ("Defendant"), hereby stipulate as follows.

1. Teespring's deadline to respond to Defendant's *Ex Parte* Application for Preliminary Injunction and Temporary Restraining Order Against Teespring, Inc. (the "Motion") shall be February 9, 2017.

2. Defendant's deadline to serve and file a reply brief, if any, in further support of the Motion shall be February 14, 2017.

3. The hearing on the Motion, if any, shall be held on February 16, 2017 at 10 a.m.

4. The requested time modification will have no effect on the remainder of the case.

Dated: February 2, 2017

Respectfully submitted,

| SHADES OF GRAY LAW GROUP, P.C. | BRADLEY JOHN PUETZ |
| NAOMI JANE GRAY | |
| /s/ | /s/ |
| Attorneys for Teespring, Inc. | Defendant/Counterclaimant Pro Se |

IT IS SO ORDERED.

Dated: February 2, 2017

Hon. Vince Chhabria
United States District Judge

I am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1, I hereby attest that Bradley John Puetz has concurred in this filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 2, 2017 in Mill Valley, California.

　　　　　　　　　　　　　　　　　　　　　/s/ Naomi Jane Gray
　　　　　　　　　　　　　　　　　　　　　Naomi Jane Gray

STIP AND [PROPOSED] ORDER RE DEADLINES ON TRO/PI　　　　Case No. C 15-04149 VC (MEJ)