UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TEESPRING, INC., | Case No. 15-cv-04149-VC |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON PRETRIAL MOTIONS** |
| | Re: Dkt. Nos. 129, 134, 142, 143, 145, 146, |
| BRADLEY JOHN PUETZ, | 147 |
| Defendant. | |

For the reasons given at the pretrial conference, the follow rulings apply to the pretrial motions:

The motions to amend Teespring and Maginnis's counter-claim answers are granted.

Teespring and Maginnis's Motion in Limine No. 1 is unopposed and is granted.

Teespring and Maginnis's Motion in Limine No. 2 to exclude evidence of willfulness is granted. The Court is continuing to consider the admissibility of the emails between Teespring and Maginnis for their potential relevance to infringement. *See* Dkt. No. 120.

Teespring and Maginnis's Motion in Limine No. 3 on evidence of access is denied.

Teespring and Maginnis's Motion in Limine No. 4 on the copyright certificate is denied.

Teespring and Maginnis's Motion in Limine No. 5 on the slogan "I'm the Infidel Allah Warned You About" is granted to the extent that Puetz might argue that the words of the slogan are copyrightable on their own and is otherwise denied.

**IT IS SO ORDERED.**

Dated: April 26, 2017

_____
VINCE CHHABRIA
United States District Judge