# G

# SHADES OF GRAY

Naomi Jane Gray
Shades of Gray Law Group, P.C.

(415) 746-9260
ngray@shadesofgray.law

April 27, 2017

**BY ECF**

Hon. Vince Chhabria
United States District Judge
United States District Court
450 Golden Gate Avenue
Courtroom 4, 17th Floor
San Francisco, CA 94102

Re:     *Teespring, Inc. v. Bradley J. Puetz, et al.*, Case No. 15-4149

Dear Judge Chhabria:

As ordered by the Court during yesterday's pretrial conference, Teespring, Inc. and Jonathan Maginnis respectfully submit this letter regarding the purported allegation of a partnership between them, and Mr. Puetz's related interrogatory responses, which can be found in the record at Docket Number 142-1.

A partnership is "an association of two or more persons to carry on as coowners a business for profit." Cal. Corp. Code 16202(a); *accord* Ninth Circuit Model Jury Instruction § 4.15. "Ownership involves the power of ultimate *control* . . . and a right to share in the *profits* of the co-owned business." Uniform Partnership Act (1997) § 202, Cmt. (a). "To state that partners are co-owners of a business is to state that: (i) they share in the profits (if any) of the enterprise; and (ii) *ab initio* at least, they collectively have the power of ultimate control." *Id.* Accordingly, "the sharing of gross returns does not by itself establish a partnership, even if the persons sharing them have a joint or common right or interest in property from which the returns are derived." Cal. Corp. Code 16202(c)(2)

In a copyright case, parties may not be jointly and severally liable for their respective profits unless they were "partners" or "practically partners." *Frank Music Corp. v. Metro-Goldwyn-Mayer, Inc.*, 772 F.2d 505, 519 (9th Cir.1985).  In this case, Mr. Puetz has not alleged that Teespring and Mr. Maginnis were "partners" or "practically partners." He has not alleged that they shared profits and control. At best, he has inconsistently alleged, on the one hand, that they "acted jointly and cooperatively" without sharing profits (D.N. 62 at 14:4) and, on the other hand, that Teespring controlled Mr. Maginnis without sharing profits (*see* D.N. 62 at 14:20-21; Ninth Circuit Model Jury Instruction § 17.20).

Mr. Puetz also has not asserted during discovery that Teespring and Mr. Maginnis were "partners" or "practically partners." Mr. Puetz made an initial and then a supplemental response to Teespring's interrogatory number 4 seeking information regarding his claimed damages. (*See* D.N.

Hon. Vince Chhabria
April 27, 2017
Page 2

142-1 Exh. A).  The interrogatory sought, *inter alia*, "each item of damage" that Mr. Puetz was seeking and "*the factual basis* for each item of damage." (D.N. 142-1 Exh. A p. 6.) (emphasis added). In pertinent part, Mr. Puetz's initial response quoted Section 504 of the Copyright Act, which provides that a copyright owner may recover "any profits of the infringer that are attributable to the infringement …" (D.N. 142-1 Exh. A p. 7.)  In pertinent part, his supplemental response stated that he is seeking "damages based on the infringer's profits, including Teespring and Jonathan Maginnis jointly to disgorge them both of any and all profits from their cooperative use and sales of the design in controversy." (*Id.* p. 8.).  Mr. Maginnis was not a party when this response was served, and Mr. Puetz did not assert any "partnership" or "practical partnership" (or any "factual basis" therefor). Upon receiving this response, Mr Maginnis and Teespring could not have understood that they might have to disgorge each other's profits. They simply did not receive fair notice.

Nor did Mr. Puetz attempt to discover the existence of a "partnership" or "practical partnership."  This was never raised during discovery at all. Tellingly, Mr. Puetz's proposed jury instruction number 55 was not included his initial mark-up of the draft jury instructions that he sent to counsel several days before the joint jury instructions were due.  Instead, the proposed instruction was inserted into the instructions on the very day of the filing deadline.  Had joint and several liability been a part of the case all along, Mr. Puetz would certainly have included the instruction in his initial mark-up.

Moreover, Teespring and Mr. Maginnis would have timely requested summary judgment that they were *not* "partners" or "practically partners," if they had received fair notice of this issue. They did *not* share profits. They did *not* exercise joint control. They did *not* consider themselves partners. They did *not* own anything together. A true and correct copy of Teespring's terms of service is attached hereto as Exhibit A. Per that document, Mr. Maginnis was an "independent contractor." (*Id.* p. 8 ("Relationship")). He did not have the authority "to commit Teespring in any way" (i.e. exercise control).  (*Id.* p. 8 ("Relationship")). He did not receive profits. (*Id.* p. 4 ("Proceeds from Campaign")). He did not convey ownership rights to Teespring. (*Id.* p. 3 ("Your Right to Conduct a Campaign")). He was not a partner with Teespring.

Accordingly, the Court should hold that Mr. Puetz  did not properly allege in the pleadings or assert during discovery that Teespring and Mr. Maginnis were "partners" or "practically partners." *See* Fed. R. Civ. P. 8(a), 37(c). In the alternative, the Court should hold that Teespring and Mr. Maginnis were not "partners" or "practically partners" as a matter of law, since Mr. Puetz has the burden of proof on this issue, and there is no genuine dispute of material fact. *See* Fed. R. Civ. P. 56(c),(f); *Celotex Corp. v. Catrett*, 417 U.S. 317, 322-23 (1986).

Respectfully submitted,

Naomi Jane Gray

# EXHIBIT A

 **Teespring** ⌄                                                          🔍

Teespring Policies
Terms of Service
Privacy Policy
Acceptable Use
Intellectual Property
API Terms of Service

# Teespring Terms of Service

## Welcome to Teespring!

Teespring's service (the "Teespring Service") is located at teespring.com and is operated by Teespring, Inc. and its subsidiaries (collectively, "Teespring"). The Teespring Service provides sellers with the ability to create and sell custom merchandise and apparel and buyers with the ability to find high-quality, unique products.

We offer the Teespring Service subject to the following Terms of Service, specifically including Teespring's Privacy Policy and Acceptable Use Policy. If you do not agree to these Terms of Service, you are not authorized to use the Teespring Service. To note, these Terms of Service apply to all of our products and services. If we include some additional terms for tools you can download from the Service or other services, those provisions are incorporated into these Terms of Service.

## Use of the Teespring Service

**Information You Provide:** Certain features of the Teespring Service require registration. If you choose to register, you agree to provide and maintain accurate, current and complete information about yourself. Registration data and personal information about you are governed by our Privacy Policy.

**Member Account, Password and Security:** You are responsible for maintaining the confidentiality of your password and account, if any, and are fully responsible for any and all activities that occur under your password or account. Please immediately notify Teespring of any unauthorized use of your password or account or any other breach of security.

**Social Networking Services:** You may enable certain components of the Service or log in to the Service via certain third party social networking services, such as Facebook ("Social Networking Services"). By logging in or directly integrating these Social Networking Services into the Teespring Service, we make your online tools and experiences richer and more powerful and personalized. To take advantage of these features and

capabilities, we may ask you to authenticate, register for or log into those Social Networking Services. As part of such integration, the Social Networking Services will provide us with access to certain information that you have provided to such Social Networking Services, and we will use, store and disclose such information in accordance with our Privacy Policy.

Please remember that Teespring has no control over the way Social Networking Services use, store and disclose your information. Please review their policies to understand their privacy-related practices. Teespring also has no control over the content made available through any Social Networking Service. Please review their policies to understand their content-related practices. Teespring does not have any liability or responsibility for the acts or omissions of any of the Social Networking Services accessed through the Teespring Service. Teespring enables these features merely as a convenience and the integration or inclusion of such features does not imply an endorsement or recommendation.

**Promotions:** Any contests, sweepstakes, surveys, games or similar promotions (collectively, "Promotions") made available through the Teespring Service may be governed by specific rules that are in addition to these Terms of Service. By participating in any Promotion, you will become subject to those rules. To the extent that the terms and conditions of the Promotion rules conflict with these Terms of Service, the terms and conditions of the Promotion will control.

**Age Requirement:** If you are under 13 years of age, you are not authorized to use the Service. If you are under 18 years old, you may use the Teespring Service only with the approval of your parent or guardian.

**Applicable Laws:** In connection with your use of the Teespring Service, you will comply with all applicable laws, regulations and industry standards.

**General Practices and Instructions Regarding Use:** You will comply with any instructions provided to you by Teespring in connection with your use of the Teespring Service. Teespring may establish general practices and limits concerning use of the Teespring Service. Teespring reserves the right to change its instructions, general practices and limits at any time, in its sole discretion, with or without notice.

# Sellers: Creation and Implementation of Teespring Campaigns

The Teespring Service allows sellers to create campaigns and sell custom merchandise and apparel through those campaigns. Following are specific obligations concerning the initiation of any campaign. To the extent any campaign violates these Terms of Service, we may choose to terminate, delay or modify the campaign in

our discretion. For additional information about the Teespring Service, please refer to Teespring's <span style="color:#E8478B">Frequently Asked Questions</span> portal.

**Your Right to Conduct a Campaign:** By creating a campaign through the Teespring Service, you represent and warrant that you own or are the licensee of all trademark rights, copyrights, rights of publicity and other intellectual property or other proprietary rights necessary to create and conduct the campaign ("Campaign Rights"), including any rights relating to the name, description, images, text or URL used for the campaign. You will provide Teespring with evidence of your Campaign Rights upon request.

Teespring does not claim any ownership rights in the content you upload to the Teespring Service. Please be sure you maintain copies of all of your work. Teespring has no responsibility or liability for the deletion or failure to store any content or information uploaded to the Teespring Service.

Teespring retains all ownership rights in any designs created by Teespring designers and may not be used by you, other than in connection with your campaigns on the Teespring Service, without Teespring's express written consent.

For the purpose of implementing and fulfilling your campaign and for the purpose of advertising the Teespring Service in any medium Teespring chooses, you hereby grant Teespring a nonexclusive, worldwide, fully paid up, transferable, sublicensable license under your Campaign Rights to copy, display, distribute, modify the content you upload to the Teespring Service (including all related images, text, content and information).

**Acceptable Use; Indemnity:** Your use of the Teespring Service, including the creation and implementation of product campaigns, is subject to these Terms of Service (including our Acceptable Use Policy). To the extent any campaign violates or is alleged to violate our Acceptable Use Policy or any other part of these Terms of Service, in addition to any other remedies, you agree that Teespring has the right to withhold and redirect any funds collected relating to the campaign, which funds will be disbursed based on Teespring's internal policies (for example, Teespring may give the funds to a charity where a campaign falsely states it is raising funds for that charity, or Teespring may apply such funds to any judgment or settlement, and/or the reimbursement of Teespring's expenses, resulting from a third party's claim of infringement) and to control the defense or settlement of any claim or suit resulting from any such violation or alleged violation; and you agree to fully cooperate with Teespring in such activities. Without limiting the foregoing, you also agree to indemnify and hold Teespring harmless from any and all liabilities, losses, damages and expenses arising out of your violation or any alleged violation of our Acceptable Use Policy or any other part of these Terms of Service.

**Quality of Artwork and Promotions:** Each campaign must meet reasonable production standards (e.g. a campaign may not include a low quality image that will not print well). All of your advertisements or

About Teespring | Terms of Service | Teespring

promotional descriptions, including content that is uploaded to the Teespring Service, must be accurate and correct and must not include any content concerning non-Teespring activities, events, products, services or promotions.

**Proceeds from Campaign:** If you create a campaign through the Teespring Service, you will be given a "base price" from Teespring for each product. You will also have the opportunity to set the sale price for each product. Once your campaign is launched and products are sold, you will earn the difference between the base price and your sale price, less returns. You may request payout through your dashboard at any time. You are solely and fully responsible for payment of any income taxes applicable to the amounts you earn through the Teespring Service. Prior to receiving your payout, you may be required to provide additional information to Teespring as needed by Teespring to comply with its reporting obligations.

**Partnership Disputes:** If you work with other people on your campaign, and there is a dispute between you and your partners, even though Teespring receives notice of the dispute, Teespring is entitled to make payouts and otherwise correspond with the original registrant. Alternatively, Teespring may withhold payouts until the dispute is resolved, in Teespring's sole discretion.

**Charities/Fundraising:** You represent and warrant that any campaign you create that implicitly or explicitly relates to a charity or fundraising effort is authorized by such charity or fundraising effort, and you will ensure that your campaign description clearly and accurately states the percentage of proceeds that will be donated and to whom those proceeds will be donated.

**Teespring Right to Lower Sales Goal:** You will be able to set the "sales goal" for each campaign. You agree that Teespring may, in its sole discretion, begin to fulfill orders before your sales goal is met.

# Intellectual Property Complaints

Teespring takes any allegations of infringement seriously. If Teespring receives any complaint or allegation that your campaign or any resulting merchandise constitutes an unauthorized use of a third party's rights, you understand that Teespring may terminate or delay your campaign, in its sole discretion. In addition, you understand that Teespring may release your contact information to any third party that satisfactorily alleges a violation of its rights.

Teespring will consider complaints of possible infringement only from parties that own, or have the exclusive right to exploit, the applicable intellectual property. If you believe that a Teespring user has infringed upon your rights, please notify Teespring through our Intellectual Property Claim page. You may also contact us by mail at the address provided at the end of these Terms of Service, attention Legal Department.

You must include with your notification the following information.

A physical or electronic signature of a person authorized to act on behalf of the owner of the intellectual property that you allege is being infringed;

The URL to the Teespring campaign(s) used in connection with the sale of the allegedly infringing merchandise;

Identification of the copyright, trademark or other rights that allegedly have been infringed, including proof of ownership (such as copies of subsisting trademark or copyright registrations);

Your full name, address, telephone number(s) and email address(es);

A statement that you have a good-faith belief that use of the material in the URL submitted is unauthorized by the rights owner, or its licensee, and such use amounts to infringement under federal or state law; and

A statement, under penalty of perjury, that the information in the notification is complete and accurate and that you are authorized to act on behalf of the owner of the copyright or other right that is allegedly infringed.

**Repeat Infringer Policy:** Teespring has adopted a policy of terminating, in appropriate circumstances and at Teespring's sole discretion, users who are deemed to be repeat infringers. Teespring may also at its sole discretion limit access to the Teespring Service or terminate the memberships of any users who infringe or violate any intellectual property or other rights of others, whether or not there is any repeat infringement or violation.

# Buyers: Purchasing of Merchandise

**Payment:** If you purchase any merchandise through the Teespring Service, you will be required to provide Teespring information regarding your credit card or other payment instrument. You represent and warrant to Teespring that such information is true and that you are authorized to use the payment instrument. You will be responsible for all taxes associated with your purchase of merchandise through the Service.

**Loss and Cancellation:** Title and risk of loss for all merchandise ordered by you will pass to you on our delivery to the shipping carrier. We reserve the right to cancel any order for any merchandise for any reason.

**Returns:** You acknowledge and agree that goods produced by us for you are bespoke, custom-made goods. Other than where goods are faulty, you have no right to cancel any order or return any goods and all orders are final.

# Teespring's Proprietary Rights

**Service Content, Software and Trademarks:** You are only authorized to use the Teespring Service for the purpose of engaging in business transactions with Teespring. You may not use any automated technology to

scrape, mine or gather any information from the Teespring Service or otherwise access the pages of the Teespring Service for any unauthorized purpose. If you are blocked by Teespring from accessing the Teespring Service (including by blocking your IP address), you agree not to implement any measures to circumvent such blocking (e.g., by masking your IP address or using a proxy IP address). The technology and software underlying the Teespring Service or distributed in connection therewith are the property of Teespring, our affiliates and our partners (the "Software"). You agree not to copy, modify, create a derivative work of, reverse engineer, reverse assemble or otherwise attempt to discover any source code, sell, assign, sublicense, or otherwise transfer any right in the Software.

The Teespring Service may contain images, artwork, fonts and other content or features ("Service Content") that are protected by intellectual property rights and laws. Except as expressly authorized by Teespring, you agree not to modify, copy, frame, rent, lease, loan, sell, distribute or create derivative works based on the Teespring Service or the Service Content, in whole or in part. Any use of the Teespring Service or the Service Content other than as specifically authorized herein is strictly prohibited. Any rights not expressly granted herein are reserved by Teespring.

The Teespring name and logos are trademarks and service marks of Teespring (collectively the "Teespring Trademarks"). Other company, product and service names and logos used and displayed via the Teespring Service may be trademarks or service marks of their respective owners who may or may not endorse or be affiliated with or connected to Teespring. Nothing in these Terms of Service or the Teespring Service should be construed as granting any license or right to use any of Teespring Trademarks displayed on the Teespring Service, without our prior written permission in each instance. All goodwill generated from the use of Teespring Trademarks will inure to Teespring's exclusive benefit.

**Third Party Material:** Under no circumstances will Teespring be liable in any way for any content or materials of any third parties (including users), including, but not limited to, for any errors or omissions in any content, or for any loss or damage of any kind incurred as a result of the use of any such content or materials. To the maximum extent permitted under applicable law, the third party providers of such content and materials are express and intended third party beneficiaries of these Terms of Services with respect to their content and materials.

Teespring may preserve content and may also disclose content if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: (a) comply with legal process, applicable laws or government requests; (b) enforce these Terms of Service; (c) respond to claims that any content violates the rights of third parties; or (d) protect the rights, property, or personal safety of Teespring, its users or the public.

# Third Party Websites

The Teespring Service may provide, or third parties may provide, links or other access to other sites and resources on the Internet. Teespring has no control over such sites and resources and Teespring is not responsible for and does not endorse such sites and resources. Teespring will not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any content, events, goods or services available on or through any such site or resource. Any dealings you have with third parties found while using the Teespring Service are between you and the third party, and you agree that Teespring is not liable for any loss or claim that you may have against any such third party.

# Disclaimer of Warranties

YOUR USE OF THE TEESPRING SERVICE IS AT YOUR SOLE RISK. THE TEESPRING SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. WITHOUT LIMITING A BUYER'S RIGHT TO RETURN MERCHANDISE AND OBTAIN A REFUND TO THE EXTENT DESCRIBED IN OUR RETURN POLICY, TEESPRING EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND WITH RESPECT TO ANY CAMPAIGN, MERCHANDISE OR SERVICE, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT.

# Limitation of Liability

TEESPRING WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY DAMAGES, OR DAMAGES FOR LOSS OF PROFITS INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF TEESPRING HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), WHETHER BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, RESULTING FROM: (I) THE USE OR THE INABILITY TO USE THE SERVICE; (II) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY MERCHANDISE, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SERVICE; (III) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; OR (IV) ANY OTHER MATTER RELATING TO THE SERVICE. IN NO EVENT WILL TEESPRING'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES OR CAUSES OF ACTION EXCEED THE AMOUNT YOU HAVE PAID TEESPRING OR TEESPRING HAS PAID YOU IN THE LAST SIX (6) MONTHS, OR, IF GREATER, ONE HUNDRED DOLLARS ($100). THE FOREGOING LIMITATIONS WILL APPLY TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW.

# Termination

Teespring, in its sole discretion, may suspend or terminate your account (or any part thereof) or use of the Teespring Service and remove and discard any content within the Teespring Service, for any reason. Further, you agree that Teespring will not be liable to you or any third party for any termination of your access to the Teespring Service.

# Relationship

Each party is an independent contractor in the performance of each and every part of these Terms of Service. Each party will be solely responsible for all of its employees and agents and its labor costs and expenses and for any and all claims, liabilities or damages or debts of any type whatsoever that may arise on account of its activities, or those of its employees or agents, in the performance of its activities under these Terms of Service. You do not have the authority to commit Teespring in any way and will not attempt to do so or imply that you have the right to do so.

# Governing Law

For users located in the European Union: These Terms of Service will be governed by the laws of the United Kingdom, without regard to its conflict of law provisions. With respect to any disputes, you and Teespring agree to submit to the personal and exclusive jurisdiction of the courts located in London, England. The parties expressly exclude the application of the UN Convention on Contracts for the International Sale of Goods.

For all other users: These Terms of Service will be governed by the laws of the State of California without regard to its conflict of law provisions. With respect to any disputes, you and Teespring agree to submit to the personal and exclusive jurisdiction of the state and federal courts located within San Francisco County, California. The parties expressly exclude the application of the UN Convention on Contracts for the International Sale of Goods.

# General

These Terms of Service constitute the entire agreement between you and Teespring and govern your use of the Teespring Service, superseding any prior agreements between you and Teespring with respect to the Teespring Service. The failure of Teespring to exercise or enforce any right or provision of these Terms of Service will not constitute a waiver of such right or provision. If any provision of these Terms of Service is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give

effect to the parties' intentions as reflected in the provision, and the other provisions of these Terms of Service remain in full force and effect. A printed version of this agreement and of any notice given in electronic form will be admissible in judicial or administrative proceedings based upon or relating to this agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. You may not assign these Terms of Service without the prior written consent of Teespring, but Teespring may assign or transfer these Terms of Service, in whole or in part, without restriction. Notices to you may be made via either email or regular mail. Teespring may also provide notices to you of changes to these Terms of Service or other matters by displaying notices or links to notices generally on the Teespring Service.

## Notice for Users in California

Under California Civil Code Section 1789.3, users of the Service from California are entitled to the following specific consumer rights notice: The Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs may be contacted in writing at 1625 North Market Blvd., Suite N 112, Sacramento, CA 95834, or by telephone at (916) 445-1254 or (800) 952-5210. You may contact us at Teespring, Inc., 460 Bryant Street, Suite 200, San Francisco, CA 94107.

## Questions? Concerns? Suggestions?

Please contact us with any questions regarding these Terms of Service or the Teespring Service.

Last Revised August 10th, 2015



About     Blog     Jobs     Terms     Privacy     Security     Track Order     Training Center

Help

English (USA)     Help

© 2017 Teespring, Inc.