UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| TEESPRING, INC., <br>     Plaintiff, <br> v. <br> BRADLEY JOHN PUETZ, <br>     Defendant. | Case No. 15-cv-04149-VC |
| BRADLEY JOHN PUETZ, <br>     Counter-Claimant, <br> v. <br> TEESPRING, INC., <br>     Counter-Defendant, <br> JONATHAN MAGINNIS, <br>     Third-Party Defendant. | **VERDICT FORM** |

Your answer(s) must be unanimous.

We, the jury in this case, find as follows:

1. Did Mr. Puetz prove by a preponderance of the evidence that Mr. Maginnis directly infringed a copyright in the Desert Tactical Design?

   ✓ _____
   Yes      No

*If your answer to Question 1 is "No," do not respond to the rest of the questions. The foreperson should sign and date this form and let the Courtroom Deputy know that you have a verdict. If your answer to Question 1 is "Yes," proceed to Question 2.*

2. Did Mr. Puetz prove by a preponderance of the evidence that Teespring vicariously infringed a copyright in the Desert Tactical Design?

   ✓ Yes    ___ No

3. If your answer to Question 1 is "Yes," what were Mr. Maginnis's profits attributable to the infringement, if any?

   $385,343.23

4. If your answer to Question 2 is "Yes," what were Teespring's profits attributable to the infringement, if any?

   $51,938.60

Dated: 5/9/2017


FOREPERSON
Jacqueline Sullo