UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEESPRING, INC.,<br>   Plaintiff,<br><br> v.<br><br>BRADLEY JOHN PUETZ,<br>   Defendant. | Case No. 15-cv-04149-VC |
| BRADLEY JOHN PUETZ,<br>   Counter-Claimant,<br><br> v.<br><br>TEESPRING, INC.,<br>   Counter-Defendant,<br>JONATHAN MAGINNIS,<br>   Third-Party Defendant. | **ORDER RE JUDGMENT AND POST-TRIAL MOTIONS** |

  The last possible date for a hearing on post-trial motions will be July 27, 2017. If the parties are unavailable for a hearing on that date, they must schedule the hearing for an earlier date (on the Court's regular law and motion calendar). No later than 7 days from today, the parties must submit a stipulated schedule (or, if they can't agree, competing schedules) for briefing and hearing on post-trial motions.

  Also no later than 7 days from today, the parties must file a stipulated form of judgment (or, if they can't agree, competing proposed judgments). If the parties are forced to submit

competing forms of judgment, each side may submit a letter brief, not to exceed 3 pages, explaining why its proposed form of judgment is better.

**IT IS SO ORDERED.**

Dated:  May 11, 2017

_____
VINCE CHHABRIA
United States District Judge