UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEESPRING, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>BRADLEY JOHN PUETZ,<br><br>       Defendant. | 15-cv-04149-VC<br><br>**AMENDED JUDGMENT** |
| BRADLEY JOHN PUETZ,<br><br>       Counter-claimant,<br><br>    v.<br><br>TEESPRING, INC.,<br><br>       Counter-Defendant,<br>JONATHAN MAGINNIS,<br><br>       Third-Party Defendant. | |

    Judgment is hereby entered consistent with the jury verdict (Dkt. No. 182), the Clerk's taxation of costs (Dkt. No. 202), and the order on the post-trial motion (Dkt. No. 205).

    **IT IS SO ORDERED.**

Dated:  July 27, 2017

_____
VINCE CHHABRIA
United States District Judge